[No. 28252-6-II.   Division Two.   March 4, 2003.]

DANIEL PETERS, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-05815-6, Marywave Van Deren, J., entered December 27, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28401-4-II.   Division Two.   March 4, 2003.]

FRED J. CRISS, ET AL., *Appellants*, v. KYLE DEAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-01654-2, John F. Nichols, J., entered January 18, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 28574-6-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WILLIAM VESTAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05629-0, Frederick W. Fleming, J., entered March 19, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 28592-4-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VELDA ANNETTE GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04074-1, Stephanie A. Arend, J., entered March 19, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.